UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21709-CIV-KING

ALEJANDRO BAEZ, et al.,

     Plaintiffs,

v.

OCEAN ONE RESTAURANT GROUP,
LLC, et al.,

     Defendants.
_____/

### ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on Defendant ROBERT ASPINALL's ("Defendant") Stipulation for Substitution of Counsel, the Court having reviewed the Court file and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Adorno & Yoss LLP be substituted for Gordon Hargrove & James, P.A., as counsel of record for Defendant and all future pleadings shall be served upon Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida 33301. The firm Gordon, Hargrove & James, P.A. is relieved of any further responsibility for this file.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this 29th day of September, 2008.

*[signature: James Lawrence King]*

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Albert L. Frevola, Jr., Esq., afrevola@adorno.com
Ivan J. Kopas, Esq., ikopas@adorno.com
John R. Hargrove, Esq.
Zandro E. Palma
Joseph R. Fazio, III
Yozo Natsui, Pro Se